IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON McNEESE,

    Defendant.                                      Case No. 09-cr-30083-DRH

**ORDER**

**HERNDON, Chief Judge:**

    Before the Court is defendant McNeese's Motion for Continuance (Doc. 25). Defendant requests that his sentencing hearing, currently set for February 5, 2010, be continued to allow him additional time to meet with the Government to determine whether he qualifies for a "safety valve" reduction.[1] The Motion further states that the Government poses no objection to this request. For good cause, said Motion (Doc. 25) is **GRANTED**. Accordingly, defendant McNeese's sentencing hearing is hereby rescheduled for **Friday, March 5, 2010 at 3:30 p.m.**

    **IT IS SO ORDERED**.

    Signed this 3rd day of February, 2010.

                                            /s/ David R. Herndon

                                            **Chief Judge**
                                            **United States District Court**

---

[1] Any proffer Defendant makes will not lead to a safety valve reduction because he has more than one criminal history point, which disqualifies him. Proffering could, however, result in a § 5K1.1 or Rule 35 sentence reduction, but that is at the discretion of the Government.