IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON McNEESE, <br><br> Defendant. | No. 09-cr-30083-DRH |

**ORDER**

**HERNDON, Chief Judge:**

Now before this court is defendant Brandon McNeese's motion for reduction of sentence (Doc. 38). Defendant asks for a retroactive reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). The United States Sentencing Commission has reduced the disparity between sentencing recommendations for powder cocaine and crack cocaine offenses and the retroactive application of these guidelines is to take effect November 1, 2011, unless Congress steps in to prevent the action.

Pursuant to this Court's Administrative Order 137, the Federal Public Defender for the Southern District of Illinois is appointed to represent the

defendant regarding his motion, and this matter shall be automatically stayed until November 1, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.28 11:22:47 -05'00'

**Chief Judge**
**United States District Court**